United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VALERIE PHILLIPS,

          Plaintiff,

     v.

KAISER HOSPITAL FOUNDATION, et al.,

          Defendants.

Case No. 25-cv-09679-HSG

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 7

Plaintiff is DIRECTED TO SHOW CAUSE why Defendants' motion to dismiss, Dkt. No. 7, should not be granted for failure to file a response to the motion by the December 1, 2025, deadline.  Alternatively, Plaintiff is DIRECTED TO SHOW CAUSE why the case should not be dismissed for failure to prosecute.  Plaintiff shall file a statement of two pages or less by December 24, 2025.

**IT IS SO ORDERED.**

Dated:   12/10/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge