UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE PHILLIPS,<br><br>           Plaintiff,<br><br>    v.<br><br>KAISER HOSPITAL FOUNDATION, et al.,<br><br>           Defendants. | Case No. 25-cv-09679-HSG<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 16 |

The Court **DISCHARGES** Dkt. No. 16 the Order to Show Cause, in light of Plaintiff's explanation at Dkt. No. 19 that Plaintiff did not receive the motion. The Court grants Plaintiff an extension until January 13, 2026, to file any opposition to Dkt. No. 7. Failure to meet this deadline may result in dismissal for failure to prosecute without further notice to Plaintiff. Any reply will be due by January 27, 2026. The February 5, 2026 hearing date remains in place.

**IT IS SO ORDERED.**

Dated:   12/30/2025

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge