**FILED**

JUN 04 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Your Name: Valarie Phillips

Address: 3964 Rivermark Plz. #409

Phone Number:

Email Address: phillips5phillips3phillips3@yahoo.com

Pro Se

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco ☒ Oakland ☐ San Jose ☐ Eureka-McKinleyville

Valarie Phillips

Plaintiff,

v.

Kaiser Permanete Hospital Foundation; The Permanete Medical Group.

Defendant.

Case Number: 25-CV-09679-HSG

**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO CHANGE DEADLINE FOR FILING**

WRITE TITLE HERE Opposition to Motion to Dismiss

Judge: Hon. Heywood. S. Gilliam

1. The [title of document] change opposition to motion to dismiss

2. Is currently due to be filed on [date] June 15, 2026

3. I respectfully request that the Court change this deadline to [new date] June 29, 2026

4. I have [check one]:

☒ not already asked the Court to change this deadline.

☐ already asked the Court to change this deadline.

CASE NO.: 25-CV-09679-HSG    PAGE 1 OF 3    JDC TEMPLATE, UPDATED 11/2024

5. This change is necessary because [explain]: I need more time to prepare opposition as a pro se self-represented plaintiff.

6. I believe changing this deadline [check one]:

☐ will not affect any other deadlines.

☒ may affect these other deadlines and dates [list anything else that may need to be rescheduled, such as a hearing related to the papers you need to file]: Hearing date currently July 16, 2026 Plaintiff Defendant reply date June 22, 2026

7. The opposing side [check one and explain]:

☐ has agreed to this change.

☐ has not agreed. I tried to obtain the opposing party's agreement to this change but was unsuccessful. [State who you tried to reach, when, and the person's response]:

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct.

Respectfully submitted,

Date: 6/4/2026   Sign Name: _____

Print Name: Valarie Phillips

CASE NO.: 25-CV-090679-HSG   PAGE 2 OF 3   JDC TEMPLATE, UPDATED 11/2024

[Do not write below this line]

Good cause appearing, the motion is GRANTED. The deadline for filing the

_____ is [date] _____.

IT IS SO ORDERED.

Date: _____        [Signature] _____

        [Judge's name] _____
                United States District/Magistrate Judge

**CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT**

Unless all parties to the case, including you, are electronic filers, you must serve each document you file by sending or delivering it to the opposing side. Complete this form and include it with the document that you file and serve.

1. **Case Name:** Valarie Phillips v. Kaiser Permanete Hospital Foundation TPMG. The Permante medical Group

2. **Case Number:** _____

3. **What documents were served?** Write the full name or title of the document(s)

Administration Motion and Proposal order to Change deadline for filing opposition to Motion to Dismiss

4. **How was the document served?** Check one:

   ☒ Placed in U.S. Mail

   ☐ Hand-delivered

   ☐ Sent for delivery (e.g., FedEx, UPS)

   ☐ Sent via email [if the other party has agreed to accept service by email]

5. **Who did you send the document to?** [Write the full name and contact information for each person you sent the document.]

   Sey Fath Shaw Nelson LLP
   560 Mission St 31st fl.
   San Francisco CA.
   94105
   Justin M. Steecki

6. **When were the documents sent?** 6/4/2026

7. **Who served the documents?** [Whoever puts it into the mail, emails, delivers, or sends for delivery should sign, and print their name and address. You can do this yourself.]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: _____

Name: Valarie Phillips

Address: 3964 Rivermark Plz. 409 Santa. Clara. CA. 95054

CERTIFICATE OF SERVICE                                    JDC TEMPLATE, UPDATED 11/2024