UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VALARIE PHILLIPS,

          Plaintiff,

    v.

KAISER HOSPITAL FOUNDATION, et al.,

          Defendants.

Case No.  25-cv-09679-HSG

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Re: Dkt. No. 34

The Court **GRANTS** Plaintiff's motion for extension of time, Dkt. No. 34.  Plaintiff's response to Dkt. No. 33 is due by June 29, 2026.  Any reply is due by July 10, 2026.

**IT IS SO ORDERED.**

Dated:   6/5/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California