Valarie Phillips
3964 Rivermark Plaza #409
Santa Clara, CA. 95054
Email: phillips5phillips3phillips3 @yahoo.com
Pro Se Plaintiff

**FILED**

JUN 29 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
Division Oakland

Valarie Phillips
Plaintiff,

v.

Kaiser Permanente Foundation Hospital,
The Permanente Medical Group
Defendant,

Case No.: 25-CV-09679-HSG
**ADMINISTRATIVE MOTION AND
[PROPOSED] ORDER TO CHANGE
DEADLINE FOR FILING OPPOSITION
TO MOTION TO DISMISS**

Date:
Time:
Judge: Hon. Haywood S. Gilliam

1. The Opposition to Motion to Dismiss

2. Is currently due to be filed on June 29, 2026.

3. I respectfully request that the Court change this deadline to July 27, 2026.

4. I already asked the Court to change this deadline.

5. This change is necessary because I had a family emergency that requires me to travel out of state to provide care. I need additional time to complete my opposition and care for my family member.

6. I believe changing this deadline may affect these other deadlines and dates for hearing defendants Motion to Dismiss.

Case No. 25-CV-090679-HSG                - 1 -

I declare under the penalty of perjury under the laws of the United States that the above statements are true and correct.

6/24/2026

Valarie Phillips

Case No. 25-CV-090679-HSG                                    - 2 -

[Do not write below this line]

Good cause appearing, the motion is GRANTED. The deadline for filing the

_____ is [date] _____.

IT IS SO ORDERED.


Date: _____        [Signature] _____

[Judge's name] _____

United States District/Magistrate Judge

25-CV-090679-HSG

CASE NO.: _____        PAGE 3 OF 3        JDC TEMPLATE, UPDATED 11/2024