UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VALARIE PHILLIPS,

          Plaintiff,

     v.

KAISER HOSPITAL FOUNDATION, et al.,

          Defendants.

Case No.  25-cv-09679-HSG

**ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME**

Re: Dkt. No. 36

The Court **GRANTS** Plaintiff's second motion for extension of time, Dkt. No. 36. Plaintiff's response to Dkt. No. 33 is due by July 27, 2026.  Any reply is due by August 10, 2026. The Court **CONTINUES** the motion hearing from July 16, 2026, to August 27, 2026, at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA.

     **IT IS SO ORDERED.**

Dated:  7/1/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge